APPEAL No. 73-275.  ADELE CASTELLUCCI *v.* EUGENE CASTELLUCCI.  Motion for extension of time for transmission of the record on appeal under Rule 11(c) of the rules of Supreme Court is granted, and time extended to December 3, 1973. Doris, J. not participating. *Kirshenbaum & Kirshenbaum, Isidore*

*Kirshenbaum,* for petitioner-appellee. *Joseph E. Marran, Jr.,* for respondent-appellant.